47   421
Case 2
f47   409

E. L. Snowden, Appellant, v. W. V. Newson, Appellee.

### Division B.

Appeal from Circuit Court, Marion county; W. A. Hocker, Judge.

W. S. Bullock for appellant.

H. L. Anderson for appellee.

The bill in this cause was filed by the appellee against the appellant. There was a decree for the complainant and the defendant appeals. The appeal is dismissed on account of defective certificate.